**Order entered November 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01025-CR
No. 05-18-01026-CR
No. 05-18-01027-CR

**PHILLIP BRUCE CROCKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76525-U, F16-76526-U & F16-76527-U**

## ORDER

Before the Court is court reporter Sasha S. Brooks's November 5, 2018 request for a short extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **November 14, 2018**.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE